IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re APPLICATION OF BIOGEN MA, INC. for issuance of a subpoena under 28 U.S.C. § 1782 | No. |

**BIOGEN'S APPLICATION FOR**
**ISSUANCE OF A SUBPOENA UNDER 28 U.S.C. § 1782**

Applicant Biogen MA, Inc., by and through its attorneys, respectfully petitions this Court for an Order pursuant to 18 U.S.C. § 1782 and Rules 26 and 45 of the Federal Rules of Civil Procedure, granting Applicant leave to serve a subpoena on Sandoz, Inc. in the form attached hereto. The reasons and bases for the Application are set forth more fully in the accompanying Memorandum and supporting Declarations of Gabriel Cuonzo and Zoë Marianne Butler.

*Of Counsel:*

Theodore J. Folkman
(pro hac vice forthcoming)
RUBIN & RUDMAN, LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Dated: May 15, 2023

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
tlydon@ashbygeddes.com

*Attorney for Biogen MA, Inc.*

{01898139;v1 }