## SCHEDULE A

## DEFINITIONS

In this subpoena:

1. "Sandoz" means Sandoz International GmbH, Sandoz GmbH, and their direct and indirect subsidiaries, including Sandoz, Inc.

2. "Polpharma" means Polpharma Biologics, S.A., and its direct and indirect subsidiaries.

3. "Sandoz/Polpharma Biosimilar" means the biosimilar to natalizumab that is the subject of an application by Polpharma for a marketing authorization from the European Medicines Agency, and intended to be commercialized by Sandoz.

4. "Sandoz/Polpharma Assay" means the anti-JCV antibody assay developed, or under development, by or on behalf of Sandoz or Polpharma.

5. "JCV" means John Cunningham virus.

6. "PML" means progressive multifocal leukoencephalopathy.

7. "ELISA" means enzyme-linked immunosorbent assay.

8. "Document" is synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a). A draft or nonidentical copy is a separate document within the meaning of this term. The term "document" also includes electronically stored information.

9. "Concerning" means referring to, describing, evidencing, or constituting.

10. The word "or" is not exclusive. That is, "A or B" means A, B, or both A and B.

## DOCUMENT REQUESTS

1. Documents concerning the technical parameters of the Sandoz/Polpharma Assay sufficient to show:

    a. whether the Sandoz/Polpharma Assay includes conducting an ELISA on a human serum or plasma sample;

    b. the nature of any capture antigen used in the Sandoz/Polpharma Assay;

    c. the nature and optical properties of any reference control or calibrator used in the Sandoz/Polpharma Assay;

    d. whether the output result of the Sandoz/Polpharma Assay is an anti-JCV antibody titer concerning the sample, whether expressed in absolute or relative terms;

    e. whether the Sandoz/Polpharma Assay includes an optional second step that involves conducting a second ELISA on the human serum or plasma sample, and if so, the circumstances in which the second ELISA is performed;

    f. whether the second ELISA includes pre-incubation of patient samples with a solution-phase capture antigen, and if so, the nature of that capture antigen; and

    g. whether the second ELISA includes measuring the relative inhibition of the pre-incubated sample, and if so, the manner by which the relative inhibition is determined.

2. Documents sufficient to identify every laboratory or provider that has performed the Sandoz/Polpharma Assay in the past, and to show when and where the Sandoz/Polpharma Assay was performed, the number of samples tested, the locations of the patients from whom the tested samples were taken, and the locations to which the results were sent.

3. Documents sufficient to identify every laboratory or provider currently performing, or intending to perform in the future, the Sandoz/Polpharma Assay, and to show the locations where such performance is taking place, or is intended to take place, the locations of the patients from whom patient samples were, or are to be, obtained to be sent for testing, and the location to which the results are, or are intended to be, sent.

4. The contracts, including but not limited to supply agreements and service agreements, between Sandoz or Polpharma on the one hand and any laboratory or provider that has performed, is currently performing, or intends to perform the Sandoz/Polpharma Assay on the other hand, that are sufficient to show the manner in which said services are to be conducted.

5. The approved or draft latest proposed (as the case may be) Summary of Product Characteristics submitted to the European Medicines Agency concerning the Sandoz/Polpharma Biosimilar.

6. The approved or draft latest proposed (as the case may be) Risk Management Plan submitted to the European Medicines Agency concerning the Sandoz/Polpharma Biosimilar.

7. Any approved or draft latest proposed (as the case may be) guidance materials for clinicians relating to patients prescribed, or being considered for treatment with, the Sandoz/Polpharma Biosimilar, that identify risk factors for developing PML, make recommendations concerning anti-JCV antibody testing, or provide guidance on interpretation of the results of anti-JCV antibody testing.

8. Documents sufficient to evidence the method by which clinicians send, or are intended to send, samples obtained from patients to be tested using the Sandoz/Polpharma Assay and the method by which the result is communicated to the clinician (e.g. through the use of an online web portal).