Avv. Gabriel Cuonzo
Milan, Via Brera 6
T: +39 0286463313
F: +39 0286463892



## Practice Areas

- Intellectual Property
- Pharma & Life Sciences Litigation & Regulatory
- Litigation
- Corporate law

## Professional Activities

Gabriel Cuonzo is a trial lawyer and founding partner of Trevisan & Cuonzo. Working in the field for almost 40 years, he has extensive courtroom experience and has assisted both domestic and international clients in complex commercial and IP litigation. Gabriel is recognized as a leading lawyer among Italian intellectual property specialists and combines his commercial law skills with a specialization in patent, trade mark and copyright work as well as unfair competition. He is also regularly involved in matters concerning design protection, licensing, multimedia, internet disputes and e-commerce. Gabriel has represented clients in a variety of industries, including pharmaceuticals biotech, automotive, consumer electronics and chemical industries.

## Affiliations & Publications

Gabriel is a frequent speaker at international conferences. He is the author of many publications in Italian, English and German law journals in the field of intellectual property and international commercial law. He is a member of AIPPI, IBA, GRUR and INTA.

## Education & More

| Admission | Italy - Supreme Court (2011) |
| --- | --- |
|  | Italy - Avvocato (1984) |
| Education | Max-Planck Institute, Munich (1987) |
|  | University of Bari (J.D. 1982) |
| Languages | Italian, English, French, German |