IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re APPLICATION OF BIOGEN MA, INC. for issuance of a subpoena under 28 U.S.C. § 1782 | No. 23-mc-260 |

### ~~PROPOSED~~ ORDER

Upon consideration of the Application of Biogen MA, Inc. and supporting Memorandum and Declarations, and for good cause shown,

IT IS HERBY ORDERED this 22nd day of May, 2023, that the Application is GRANTED, and Applicant is authorized, pursuant to 28 U.S.C. § 1782 and Rules 26 and 45 of the Federal Rules of Civil Procedure, to serve Respondent Sandoz, Inc. with the subpoena attached to the Application. The deadline for Respondent to comply with the subpoena shall be 30 days from the date of service. IT IS FURTHER ORDERED that Respondent shall preserve relevant documents in its possession, custody, or control.

_____
United States District Judge

{01898139;v1}