IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                     )
In re APPLICATION OF BIOGEN MA, INC.    )    No. 23-mc-260-GBW
for issuance of a subpoena under 28 U.S.C. §   )
1782                                                  )
                                                     )
_____)

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Biogen MA, Inc.

("Biogen") and Sandoz Inc. ("Sandoz"), through their undersigned counsel and subject to the

approval of the Court, that, no later than July 14, 2023, Sandoz shall either serve its objections

and responses to the subpoena issued in the above-captioned action ("Subpoena") or challenge

the Subpoena and/or the Court's Order (D.I. 8) granting Biogen's Application, including through

a motion to reargue, reconsider, or vacate the Order and/or a motion to quash or otherwise set

aside the Subpoena.

IT IS FURTHER STIPULATED AND AGREED by and between Biogen and Sandoz,

through their undersigned counsel and subject to the approval of the Court, that Sandoz's

deadline to serve objections and/or responses to the Subpoena shall be extended by the filing of

any such motion until thirty (30) days after the Court rules on the motion.

This Stipulation is without prejudice to any party's right to seek further relief from the

Court.

ASHBY & GEDDES

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Tiffany Geyer Lydon*
Tiffany Geyer Lydon (No. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 504-3723
tlydon@ashbygeddes.com

*/s/  Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorney for Biogen MA, Inc.*

Dated: June 2, 2023

*Attorneys for Sandoz Inc.*

SO ORDERED this ___ day of _____, 2023.


_____
UNITED STATES DISTRICT JUDGE


30431110.1