IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re APPLICATION OF BIOGEN MA, INC. for issuance of a subpoena under 28 U.S.C. § 1782 | No. 23-mc-260-GBW |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Biogen MA, Inc. ("Biogen") and Sandoz Inc. ("Sandoz"), through their undersigned counsel and subject to the approval of the Court, that the deadline for Biogen to respond to Sandoz's Motion to Vacate Order Regarding Biogen's Application and Dismiss this Action, to Quash the Subpoena or, in the Alternative, for a Protective Order to Modify the Subpoena (D.I. 13) (the "Motion") is extended to September 8, 2023; and the deadline for Sandoz to file its reply in support of the Motion is extended to September 27, 2023.

ASHBY & GEDDES

*<u>/s/ Tiffany Geyer Lydon</u>*
Tiffany Geyer Lydon (No. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 504-3723
tlydon@ashbygeddes.com

*Attorney for Biogen MA, Inc.*

Dated: August 3, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*<u>/s/ Samantha G. Wilson</u>*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Sandoz Inc.*

SO ORDERED this ___ day of ____________, 2023.

______________________________
UNITED STATES DISTRICT JUDGE